**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 20, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00288-CV

_____

### IN RE ANTONIO SEPEDA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-CV-0020**

---

## MEMORANDUM OPINION

On Wednesday, April 1, 2015, relator Antonio Sepeda filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Patricia Grady, presiding judge of the 212th District Court of Galveston County, to rule on relator's petition for expunction. On August 12, 2015, the trial court signed an order denying the relator's petition for expunction.

Accordingly, we dismiss as moot relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).